## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BASTAZAR FELICIANO,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-4389-JMY** |
| | : | |
| **JUDGE MARGARET** | : | |
| **THERESA MURPHY** *et al.*, | : | |
| **Defendants.** | : | |

### ORDER

AND NOW, this 2nd  day of February, 2023, in light of *pro se* Plaintiff Bastazar
Feliciano's failure to pay the fees to commence this civil action as directed by this Court's Order
entered on November 10, 2022 (ECF No. 4),[1] which (1) granted him thirty (30) days to do so and
(2) warned him that if he failed to comply with the Order that this case would be dismissed
without prejudice for failure to prosecute, it is **ORDERED** that:

1.    Feliciano's case is **DISMISSED WITHOUT PREJUDICE** for failure to
prosecute.

2.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.[2]

**BY THE COURT:**

**/s/** *John Milton Younge*
**JOHN MILTON YOUNGE, J.**

---

[1] Feliciano did not provide a mailing address or an e-mail address at the time he filed his
Complaint.  In an effort to provide Feliciano notice of the November 10, 2022, Order, it was
docketed.  (*See* ECF No. 4.)  Additionally, a printed copy was left at the front counter in the
Clerk's Office.  (*See* docket.)

[2] Again, the Court will give Feliciano an opportunity to respond to this Order by docketing it.
The expectation is that if Feliciano intends to pursue this case and contacts the Clerk's Office
about the status of the case, he will become aware of the Court's Orders and will then respond
and provide a current address.